UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN WALKER,

    Plaintiff,

v.

ARBOR MORTGAGE
CORPORATION,

    Defendant.
_____/

Case No. 18-cv-11184
Hon. Matthew F. Leitman

## ORDER (1) VACATING ORDER TO SHOW CAUSE (ECF No. 10) AND (2) DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

On April 13, 2018, Plaintiff John Walker filed this action against the Defendant Arbor Mortgage Corporation. (*See* Compl., ECF No. 1.) Walker alleges, among other things, that Arbor reported incorrect information about him to various credit reporting agencies. (*See id.*, PageID.4.)

When Walker filed this action, the Court provided him a notice informing him that pursuant to Local Rule 11.2, he was required to "promptly file a notice with the Clerk and serve a copy of the notice on all parties whenever [his] address, e-mail address, phone number and/or other contact information changes." (*See* Notice and Certificate of Service, ECF No. 6, PageID.15, citing E.D. Mich. Local Rule 11.2.) The Court warned Walker that the "failure to promptly notify the court of a change

1

in address or other contact information may result in the **dismissal** of [his] case." (*Id.*; emphasis in original).

As of July 15, 2021, Walker had not taken any action to prosecute his case. The Court therefore required Walker to show cause, in writing, by no later than August 16, 2021, why the Court should not dismiss his action "for failure to prosecute" (the "Show Cause Order") (Show Cause Order, ECF No. 10, PageID.25.) The Court mailed the Show Cause Order to the address Walker had provided the Court. (*See* Dkt.)

On August 10, 2021, the Show Cause Order was returned to the Court as undeliverable. (*See* ECF No. 11.) That return indicates that Walker has failed to comply with Local Rule 11.2 by informing the Court of his current mailing address. This is not a mere technical violation of the rules. Without a current address, the Court has no way of administering this civil action.

Accordingly, for all of the reasons stated above, and because Walker has failed to comply with Local Rule 11.2 by updating his current address, **IT IS HEREBY ORDERED** that (1) the Show Cause Order (ECF No. 10) is **VACATED** and (2) Walker's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2021

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 10, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-3794